FILED
OCT 23 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTINA BROWN, )
)
    Plaintiff, )
)
v. ) Civil Action No. 14-1774 UNA
)
MICHAEL DOUGLAS, )
)
    Defendant. )

## MEMORANDUM OPINION

This matter comes before the court on review of the plaintiff's application to proceed *in forma pauperis*, her *pro se* civil complaint, and her motion for a temporary restraining order. The Court will grant the application, deny the motion for injunctive relief, and dismiss the complaint.

The plaintiff explains that she, the defendant, and Talia Suarez are roommates. *See* Pl.'s Mot. for Temp. Restraining Order. The plaintiff alleges that the defendant "has been abusive and physical in the past," and that a "domestic violence dispute with his girlfriend Talia Suarez" occurred recently at their home. Compl. at 1. She further alleges that "police were involved" in an incident on October 7, 2014, she since has "received threatening text messages from [the defendant] and several of his friends." *Id.* She fears for her safety, *see id.*, and requests a temporary restraining order, *id.* at 2. The plaintiff also seeks injunctive relief in order to prevent the roommates' eviction set for October 15, 2014. *See* Pl.'s Mot. for Temp. Restraining Order.

1

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). Plaintiff's claim neither presents a federal question nor involves parties who reside in different states. Accordingly, the complaint will be dismissed for lack of subject matter jurisdiction.

An Order consistent with this Memorandum Opinion is issued separately.

/s/ _____
United States District Judge

DATE: 10/20/2014